United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RYAN FITZGERALD HUGHES, minor, RICHARD F. HUGHES, GUARDIAN AD LITEM FOR RYAN FITZGERALD HUGHES, minor, and RICHARD F. HUGHES,<br><br>Plaintiffs,<br>v.<br><br>LOS GATOS UNION SCHOOL DISTRICT, LOS GATOS-SARATOGA RECREATION, LISA FRASER, LISA NANEZ, CURTIS SUMMERS, and DAN RACIMO, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>Defendants. | Case No.: 5:11-cv-03729-LHK<br><br>ORDER VACATING CASE MANAGEMENT CONFERENCE |

The Case Management Conference set for September 5, 2012 is VACATED. The Court will issue a Case Management Order shortly.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge

1
Case No.: 5:11-cv-03729-LHK
ORDER VACATING CASE MANAGEMENT CONFERENCE