UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R.H., minor, RICHARD H., as Guardian Ad Litem for R.H., and RICHARD H., <br><br> Plaintiffs, <br><br> v. <br><br> LOS GATOS UNION SCHOOL DISTRICT, LOS GATOS-SARATOGA RECREATION, LISA FRASER, LISA NANEZ, CURTIS SUMMERS, and DAN RACIMO, and DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No.: 11-CV-03729-LHK <br><br> ORDER MODIFYING CAPTION AND SEALING DOCUMENTS <br><br> (re: dkt. #1-31, inclusive) |

Plaintiffs filed this action in federal court on July 20, 2011, ECF No. 1, and included a minor's name in the caption. Pursuant to Federal Rule of Civil Procedure 5.2(a), parties may include only a minor's initials in any filing with the Court. Accordingly, all future filings in this case shall conform to the new caption as modified above. To protect the interests of the minor R.H., the Clerk shall seal all previously filed documents containing the minor's name or the parent's last name, which includes ECF Nos. 1-31. By September 17, 2012, the parties shall re-file properly redacted versions of their previously filed documents. The parties must ensure that the minor's name and date of birth, as well as the parent's last name, have been redacted in all publicly filed documents. *See* Fed. R. Civ. P. 5.2(a).

1

Case No.: 12-cv-00743-LHK
ORDER MODIFYING CAPTION AND SEALING DOCUMENTS

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____
LUCY H. KOH
United States District Judge

2

Case No.: 12-cv-00743-LHK
ORDER MODIFYING CAPTION AND SEALING DOCUMENTS