UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R.H., minor, RICHARD H., as Guardian Ad Litem for R.H., and RICHARD H., <br><br> Plaintiffs, <br> v. <br><br> LOS GATOS UNION SCHOOL DISTRICT, LOS GATOS-SARATOGA RECREATION, LISA FRASER, LISA NANEZ, CURTIS SUMMERS, and DAN RACIMO, and DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No.: 5:11-CV-03729-LHK <br><br> CASE MANAGEMENT ORDER |

The Case Schedule is set as follows:

| | |
|---|---|
| Last Day to Amend Pleadings/Add Parties: | October 31, 2012 |
| Further CMC: | December 5, 2012 at 2:00 p.m. |
| Close of Fact Discovery: | February 27, 2013 |
| Opening Expert Reports: | March 13, 2013 |
| Rebuttal Expert Reports: | March 27, 2013 |
| Close of Expert Discovery: | April 10, 2013 |
| Last Day to File Dispositive Motions: | April 24, 2013 |
| Hearing on Dispositive Motions: | June 6, 2013 at 1:30 p.m. |
| Pretrial Conference: | July 24, 2013 at 2:00 p.m. |
| Jury Trial: | August 12, 2013 at 9:00 a.m. |
| Estimated Length of Trial: | 6 days |

The parties are reminded to consult the undersigned Judge's Standing Orders for requirements concerning deadlines and filings.

1

Case No.: 5:11-CV-03729-LHK
CASE MANAGEMENT ORDER

**IT IS SO ORDERED.**

Dated: September 10, 2012

_____
LUCY H. KOH
United States District Judge