UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R▇▇▇ H▇▇▇, minor, RICHARD F. H▇▇▇, GUARDIAN AD LITEM FOR R▇▇▇ H▇▇▇, minor, and RICHARD F. H▇▇▇, <br><br> Plaintiffs, <br><br> v. <br><br> LOS GATOS UNION SCHOOL DISTRICT, LOS GATOS-SARATOGA RECREATION, LISA FRASER, LISA NANEZ, CURTIS SUMMERS, and DAN RACIMO, and DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants. | Case No.: 5:11-cv-03729-LHK <br><br> ORDER VACATING CASE MANAGEMENT CONFERENCE |

The Case Management Conference set for September 5, 2012 is VACATED. The Court will issue a Case Management Order shortly.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_____
LUCY H. KOH
United States District Judge