# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

R███████ H█████, minor,
RICHARD F. H███████, GUARDIAN AD
LITEM FOR R███████ H█████,
minor, and RICHARD F. H███████,

       Plaintiffs,

    v.

LOS GATOS UNION SCHOOL DISTRICT,
LOS GATOS-SARATOGA RECREATION,
LISA FRASER, LISA NANEZ, CURTIS
SUMMERS, and DAN RACIMO, and DOES 1
THROUGH 50, INCLUSIVE,

       Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No.: 5:11-cv-03729-LHK

ORDER VACATING CASE
MANAGEMENT CONFERENCE

The Case Management Conference set for September 5, 2012 is VACATED. The Court will issue a Case Management Order shortly.

**IT IS SO ORDERED.**

Dated: September 4, 2012

_Lucy H. Koh_
LUCY H. KOH
United States District Judge