UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R.H., minor, RICHARD H., as Guardian Ad Litem for R.H., and RICHARD H.,<br><br>　　　　　　　Plaintiffs,<br>　　v.<br><br>LOS GATOS UNION SCHOOL DISTRICT, LOS GATOS-SARATOGA RECREATION, LISA FRASER, LISA NANEZ, CURTIS SUMMERS, and DAN RACIMO, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　　　　Defendants. | Case No.: 5:11-CV-03729-LHK<br><br>CASE MANAGEMENT ORDER; ORDER DENYING AS MOOT STIPULATION TO EXTEND DISCOVERY AND PRETRIAL CONFERENCE DATES |

Plaintiffs' Attorney: Cabral Bonner   Defendants' Attorney: Mark Davis
Reporter:  Lee-Anne Shortridge

　　　Pursuant to the parties' urgent request, the Court held an emergency telephonic case management conference on June 28, 2013.

　　　Pursuant to the parties' request, the Court extended the case deadlines as follows:

ADR deadline: September 10, 2013

**Further Case Management Conference: September 25, 2013 at 2 p.m.**[1]

Close of Fact Discovery: November 1, 2013

Opening Expert Reports: November 15, 2013

Rebuttal Expert Reports: December 6, 2013

Close of Expert Discovery: December 20, 2013

---

[1] This deadline was not set during the June 28, 2013 telephonic case management conference.

1
Case No.: 5:11-CV-03729-LHK
CASE MANAGEMENT ORDER; ORDER DENYING AS MOOT STIPULATION TO EXTEND DISCOVERY AND PRETRIAL CONFERENCE DATES

1  Last Day to File Dispositive Motions: January 30, 2014

2  Hearing on Dispositive Motions: March 6, 2014 at 1:30 p.m.

3  Pretrial Conference: May 22, 2014 at 2:00 p.m.

4  Jury Trial: July 28, 2014 at 9:00 a.m.

   Estimated Length of Trial: 6 days

5       Accordingly, the parties' Stipulation to Extend Discovery and Pretrial Conference Dates, ECF No. 50, is DENIED AS MOOT.

7  **IT IS SO ORDERED.**

8  Dated: June 28, 2013

                                                 _____
                                                 LUCY H. KOH
                                                 United States District Judge