UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| R.H., minor, RICHARD H., as Guardian Ad Litem for R.H., and RICHARD H.,<br><br>           Plaintiffs,<br><br>     v.<br><br>LOS GATOS UNION SCHOOL DISTRICT, LOS GATOS-SARATOGA RECREATION, LISA FRASER, LISA NANEZ, CURTIS SUMMERS, and DAN RACIMO, and DOES 1 THROUGH 50, INCLUSIVE,<br><br>           Defendants. | Case No.: 11-CV-03729-LHK<br><br>ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT |

The parties have failed to file a Joint Case Management Statement 7 days in advance of the Case Management Conference set for 1/8/2014, as required by Civil Local Rule 16-10(d). The parties are hereby ORDERED to file one Joint Case Management Statement by <u>Monday, January 6, 2014, at 9 a.m.</u> The Statement must "report[] progress or changes since the last statement was filed and mak[e] proposals for the remainder of the case development process." Civ. L. R. 16-10(d).

**IT IS SO ORDERED.**

Dated: January 1, 2014

1

Case No.: 12-cv-00743-LHK
ORDER TO FILE JOINT CASE MANAGEMENT STATEMENT

_____
LUCY H. KOH
United States District Judge